

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2020

No. 04-20-00478-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Albert **DAVILA,** Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

## O R D E R

Appellees' brief was due on December 10, 2020. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion to extend the brief due date to January 29, 2021, due to circumstances related to COVID-19 restrictions.

Appellees' motion is GRANTED. Appellees' brief is due on January 29, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2020.

MICHAEL A. CRUZ, Clerk of Court